# United States Court of Appeals
## For the First Circuit

No. 02-1275

ROBERT R. GIRARD,

Plaintiff, Appellant,

v.

DONALD W. WYATT DETENTION FACILITY INCORPORATION, ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on November 5, 2002 is amended as follows:

On page 7 line 4 change "injustice" to "justice".